(73 South. 313)

No. 22213.

## CITY OF SHREVEPORT v. NEJIN.

(Dec. 11, 1916.)

*(Syllabus by Editorial Staff.)*

INTOXICATING LIQUORS ⟨⟐⟩10(2) — REGULATION BY MUNICIPALITY.

The council of the city of Shreveport has the right to declare a "blind tiger" to be a public nuisance, and to order it to be abated, with penalty.

[Ed. Note.—For other cases, see Intoxicating Liquors, Cent. Dig. §§ 8, 9; Dec. Dig. ⟨⟐⟩ 10(2).]

Monroe, C. J., dissenting.

Appeal from City Court of Shreveport; David B. Samuel, Judge.

F. A. Nejin was convicted in the city court of the City of Shreveport of keeping a blind tiger, and he appeals. Judgment affirmed.

Charles F. Crane, of Shreveport, for appellant. L. C. Butler, City Atty., and George G. Dimick, Asst. City Atty., both of Shreveport, for appellee.

PROVOSTY, J. Defendant was convicted of keeping a "blind tiger" under the same ordinance which was upheld in City of Shreveport v. Maroun, 134 La. 490, 64 South. 388, and was declared in same city v. Knowles, 136 La. 770, 67 South. 824, to have been repealed by the statute upon the same subject only in so far as the two were inconsistent. No charge of inconsistency or repeal is made in the present case; but the charter authority of the city to adopt the ordinance is again challenged. We see no reason for departing from the views expressed on that point in the Maroun Case, supra, and incidentally approved in the Knowles Case, supra.

Judgment affirmed.

MONROE, C. J., dissents, and hands down reasons. See 73 South. 313.